# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED IDDRISU, | Case No. SA CV 17-00038 AFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN F. KELLY, et al, | |
| Respondents | |

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: March 27, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE